IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

J.T. A MINOR, BY AND THROUGH HIS
NEXT FRIEND AND MOTHER, K.M.                                    PLAINTIFFS

VS.                          CIVIL ACTION NO. 1:15-cv-00193-SA-SAA

THE LEE COUNTY SCHOOL DISTRICT;
SUPERINTENDENT JIMMY WEEKS;
LEE BRUCE, PRINCIPAL OF MOOREVILLE HIGH SCHOOL;
SHERRY MASK, LEE COUNTY SCHOOL BOARD PRESIDENT;
MIKE MITCHELL, LEE COUNTY SCHOOL BOARD VICE PRESIDENT;
MARY EDWARDS, LEE COUNTY SCHOOL BOARD SECRETARY
RONNIE BELL, LEE COUNTY SCHOOL BOARD MEMBER;
HAL SWANN, LEE COUNTY SCHOOL BOARD MEMER                        DEFENDANTS

## ORDER GRANTING LEAVE TO WITHDRAW MOTION TO REMAND

This Cause having come on to be heard on Plaintiffs *Motion for Leave To Withdraw Motion to Remand,* and the Court being fully advised in the premises, and being further advised that Defendants have no objection to the requested relief, and further finding the Motion to be well taken:

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiffs are granted leave to withdraw their motion of December 13, 2015 styled *Motion to Remand Amended Complaint to Lee County Chancery Court*, and said Motion is hereby withdrawn.

1

SO ORDERED AND ADJUDGED this the 31st day of March, A.D. 2016.

*/s/ Sharion Aycock*
UNITED STATES DISTRICT COURT JUDGE

PREPARED BY:

MISSISSIPPI CENTER FOR JUSTICE

By/s/Jeremy Eisler, of Counsel
Jeremy Eisler MSB 5493
Mississippi Center for Justice
jeisler@mscenterforjustice.org
963 Division Street
Biloxi, MS 39530
Tele: 228-435-7284
Fax: 228-435-7285