IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

J.T. a minor, by and through his next friend
and mother K.M.                                                                                     PLAINTIFF

V.                                                        CAUSE NO.: 1:15CV193-SA-SAA

THE LEE COUNTY SCHOOL DISTRICT,
JIMMY WEEKS, Superintendent;
LEE BRUCE, Principal of Mooreville High School;
SHERRY MASK, Lee County School Board President;
MIKE MITCHELL, Lee County School Board Vice President;
MARY EDWARDS, Lee County School Board Secretary;
RONNIE BELL, Lee County School Board Member; and
HAL SWANN, Lee County School Board Member           DEFENDANTS

## NOTICE OF DISMISSAL PER STIPULATION

Per the Stipulation of Dismissal [38] filed on the docket, this case is dismissed with prejudice. This CASE is CLOSED.

SO ORDERED, this the 7th day of October, 2016.

                                                                 /s/ Sharion Aycock
                                                                 **UNITED STATES DISTRICT JUDGE**